■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID J. HARRIS, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ In the Matter of CONCETTA MACALUSO, by JOSEPH A. LASCALERA, against ROBERT C. WEAVER, as State Rent Administrator.— Motion granted and stay continued, on condition that appellant serves and files a notice of argument on or before December 6, 1957 for the January 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

## (November 13, 1957)

(Republished)

■ MICHAEL BARRON et al., Copartners Doing Business as M. BARRON, et al., Respondents, v. FARM BUREAU MUTUAL AUTOMOBILE INSURANCE COMPANY, and Its Successor in Interest NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *ante,* p. 941.]

## (November 14, 1957)

■ LUCIA B. COLLINS, Respondent, v. ARTHUR COLLINS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements of this appeal and the companion appeal (*Collins* v. *Collins,* 4 A D 2d 942) to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ LUCIA B. COLLINS, Respondent, v. ARTHUR COLLINS, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

## (November 19, 1957)

■ MESTA MACHINE COMPANY v. ABCO MOVING & STORAGE CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ In the Matter of SAMUEL SCHNEIDER against CHARLES ABRAMS, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ CAMPUS APPARELS, INC.; MURRAY FRIEDMAN, Respondent, v. CAMPUS APPARELS, INC., et al., Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ In the Matter of TERRENCE P. CREEGAN against ROBERT MOSES, as Commissioner of the Department of Parks of the City of New York.— Motion to dismiss proceeding granted. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ RAYMOND VICTOR v. AMERICAN LIGHTERAGE CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.